JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANYELL H. N.,                                    )          Case No. EDCV 20-02579-JEM
                                                  )
                    Plaintiff,                    )          **JUDGMENT**
                                                  )
            v.                                    )
                                                  )
KILOLO KIJAKAZI,                                  )
Acting Commissioner of Social Security,           )
                                                  )
                    Defendant.                    )
_____    )

    In accordance with the Memorandum Opinion and Order Affirming Decision of the

Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is

AFFIRMED and this action is dismissed with prejudice.


DATED:  April 14, 2022                            _____
                                                        */s/ John E. McDermott*
                                                  JOHN E. MCDERMOTT
                                                  UNITED STATES MAGISTRATE JUDGE